No. 97–7526. WILLIAMS *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 97–7531. OWEN-WILLIAMS *v.* MERRILL LYNCH, PIERCE, FENNER & SMITH INC. C. A. 4th Cir. Certiorari denied.

No. 97–7533. ANZOATEGUI ET AL. *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 97–7535. BANDRUP *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 97–7536. CARTWRIGHT *v.* MICHIGAN. Recorder's Court, City of Detroit, Mich. Certiorari denied.

No. 97–7537. CUNNINGHAM *v.* KITZHABER, GOVERNOR OF OREGON. Sup. Ct. Ore. Certiorari denied.

No. 97–7543. PATZLAFF *v.* E. STEEVES SMITH, P. C. Sup. Ct. S. D. Certiorari denied.

No. 97–7547. RAMOS *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 97–7552. WEST *v.* FARBER. Ct. Civ. App. Okla. Certiorari denied.

No. 97–7553. VENTIMIGLIA *v.* WATTER ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–7560. SPREITZ *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 97–7565. OIMEN *v.* MCCAUGHTRY, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–7568. SHAW *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97–7569. PRESTON *v.* BRADLEY ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–7570. BROWN *v.* INDIANA. Ct. App. Ind. Certiorari denied.